**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7544**

_____

KHOSROW PARMAEI,

Petitioner - Appellant,

versus

CHRISTIANE N. SMITH, Administratrix of the
Estate of Meg N. Parmaei, deceased,

Respondent - Appellee.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Senior
District Judge. (1:06-cv-00224)

_____

Submitted: May 31, 2007               Decided:  June 4, 2007

_____

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Khosrow Parmaei, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Khosrow Parmaei appeals the district court's order denying relief sought under 28 U.S.C. § 2254 (2000). This code provision permits state prisoners to challenge the constitutionality of their incarceration. The district court properly found that Parmaei's action, which challenged a state court's civil judgment against him in a wrongful death case, was unrelated to Parmaei's custody status and was not properly characterized as a habeas action. Accordingly, we deny his motion to prepare a trial transcript at Government expense and affirm for the reasons stated by the district court. Parmaei v. Smith, No. 1:06-cv-00224 (W.D.N.C. Aug. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED